[No. 51491-1-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LAWRENCE HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00453-3, Ellen J. Fair and Richard J. Thorpe, JJ., entered November 7, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51508-0-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CARNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02325-4, Steven C. Gonzalez, J., entered November 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51513-6-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PONDEXTER BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00534-1, Richard J. Thorpe, J., entered November 12, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Appelwick, JJ.

[No. 51612-4-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DALE WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-02098-1, Larry E. McKeeman, J., entered December 27, 2002. *Affirmed* by unpublished per curiam opinion.